UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ISF 4550 VILLAGE CREEK LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Cause No. 4:24-cv-00770-Y |
| | § | |
| **CITY OF FORT WORTH, TEXAS,** | § | |
| | § | |
| *Defendant.* | § | |

### SETTLEMENT CONFERENCE REPORT

Pursuant to the Initial Scheduling Order entered by this Court on December 6, 2024, Plaintiff submits this Settlement Conference Report and reports to the Court as follows:

(a) The Parties held a settlement conference on Tuesday, February 4, 2024 at 2:00p.m. at Fort Worth City Hall, 100 Fort Worth Trail, Fort Worth, Texas 76102.

(b) The Parties and counsel in attendance were:

On behalf of Plaintiff, ISF Village Creek, LLC:
Matthew K. Joeckel
Kip Platt
Chris Cate

On behalf of Defendant, City of Fort Worth:
Christopher B. Mosley
Emily P. Hollenbeck
Stephen A. Cumbie
Donnette Murphy
Yolanda Fouché

(c) The Parties made meaningful progress toward settlement.

1

(d) The prospects of settlement before trial are good.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Christopher B. Mosley* <br> Christopher B. Mosley <br> Senior Assistant City Attorney <br> State Bar No. 00789505 <br><br> Emily P. Hollenbeck <br> Senior Assistant City Attorney <br> State Bar No. 24062786 <br><br> Steven A. Cumbie <br> Senior Assistant City Attorney <br> State Bar No. 24056724 <br><br> CITY OF FORT WORTH <br> Office of the City Attorney <br> 100 Fort Worth Trail <br> Fort Worth, Texas 76102 <br> Phone: 817-392-7600 <br><br> *Attorneys for Defendant City of Fort Worth* | By: */s/ Matthew K. Joeckel* <br> Arthur J. Anderson <br> SBT# 01165957 <br> aanderson@winstead.com <br> Matthew K. Joeckel <br> SBT# 24110052 <br> mjoeckel@winstead.com <br><br> WINSTEAD PC <br> 2728 N. Harwood Street <br> Suite 500 <br> Dallas, Texas 75201 <br> (214) 745-5400 - phone <br> (214) 745-5390 – fax <br><br> *Attorneys for Plaintiff ISF 4550 Village Creek LLC* |