UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ISF 4550 VILLAGE CREEK LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-770-Y |
| § | |
| **CITY OF FORT WORTH, TEXAS,** § | |
| § | |
| *Defendant.* § | |

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff ISF 4550 Village Creek LLC ("Plaintiff") and Defendant City of Fort Worth, Texas ("Defendant") (collectively, "the Parties") and hereby file this Joint Notice of Settlement. The Parties hereby notify the Court that all matters in controversy between the Parties have been settled. Attached hereto as **Exhibit A** is a redacted copy of the Settlement Agreement and Release fully executed by the Parties. The Parties respectfully request thirty (30) days to file the appropriate dismissal papers.

1

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CITY OF FORT WORTH | WINSTEAD PC |

By: */s/ Christopher B. Mosley*
    CHRISTOPHER B. MOSLEY
    Senior Assistant City Attorney
    State Bar No. 00789505
    christopher.mosley@fortworthtexas.gov

    EMILY P. HOLLENBECK
    Senior Assistant City Attorney
    State Bar No. 24062786
    emily.hollenbeck@fortworthtexas.gov

    STEPHEN A. CUMBIE
    Senior Assistant City Attorney
    State Bar No. 24056724
    stephen.cumbie@fortworthtexas.gov

CITY OF FORT WORTH
Office of the City Attorney
100 Fort Worth Trail
Fort Worth, Texas 76102

**ATTORNEYS FOR DEFENDANT
CITY OF FORT WORTH, TEXAS**

By: */s/ Matthew K. Joeckel*
    ARTHUR J. ANDERSON
    State Bar No. 01165957
    aanderson@winstead.com
    MATTHEW K. JOECKEL
    State Bar No. 24110052
    mjoeckel@winstead.com

500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 – telephone
(214) 745-5390 – facsimile

**ATTORNEYS FOR PLAINTIFF
ISF 4550 VILLAGE CREEK LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                    */s/ Matthew K. Joeckel*
                    Matthew K. Joeckel