IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ISF 4550 VILLAGE CREEK LLC | § | |
| | § | |
| VS. | § | ACTION NO. 4:24-CV-770-Y |
| | § | |
| CITY OF FORT WORTH, TEXAS | § | |

## FINAL JUDGMENT

In accordance with the order of dismissal issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby **DISMISSED with prejudice** to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring them.

SIGNED May 14, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE